NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**MARCTEC, LLC,**
*Plaintiff-Appellant,*

v.

**JOHNSON & JOHNSON AND CORDIS
CORPORATION,**
*Defendants-Appellees.*

---

2010-1285

---

Appeal from the United States District Court for the Southern District of Illinois in case no. 07-CV-0825, Chief Judge David R. Herndon.

---

**ON MOTION**

---

**ORDER**

MarcTec, LLC moves to substitute William L. Mentlik as principal counsel for Martec and to remove Garret A. Leach as counsel. MarcTec separately moves without opposition to lift the stay of the briefing schedule.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted. The stay of the briefing schedule is lifted. MarcTec's opening brief is due no later than October 29, 2010. Johnson & Johnson et al.'s brief is due no later than December 24, 2010. MarcTec's reply brief is due no later than January 21, 2011.

FOR THE COURT

SEP 3 0 2010
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Garret A. Leach, Esq.
    William L. Mentlik, Esq.
    Eugene M. Gelernter, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 3 0 2010

JAN HORBALY
CLERK